UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS LOVELACE,

                Plaintiff,

-v-

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                Defendant.

No. 15-CV-4704 (KMK)(JCM)

ORDER ADOPTING
REPORT & RECOMMENDATION

KENNETH M. KARAS, District Judge:

    On August 2, 2016, Magistrate Judge Judith C. McCarthy issued a Report & Recommendation ("R&R") recommending that this Court grant Defendant's Motion for Judgment on the Pleadings and remand the case for further administrative proceedings. (Dkt. No. 25.) In the R&R, Judge McCarthy provides notice that objections to the R&R were due within 14 days, and that failure to object would preclude later appellate review of any order of judgment that will be entered. (*Id.* at 19–20.) No objections have been filed.[1]

    Because no objections have been filed, the Court reviews the R&R only for "clear error on the face of the record." *Kessler v. Colvin*, 48 F. Supp. 3d 578, 582 (S.D.N.Y. 2014) (internal quotation marks omitted). Having reviewed the R&R for clear error and found none, the Court adopts the R&R in its entirety.

    ORDERED that Defendant's Motion is granted and the case is remanded for further administrative proceedings. The Clerk of Court is respectfully requested to terminate this case.

Dated:    September 7, 2016
           White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

---

[1] By letter dated August 22, 2016, Plaintiff informed the Court that he obtained a copy of the R&R from the Clerk's Office after his initial copy had been "misplace[d]" and requested "a[] motion to procede [sic] with [his] case." (Dkt. No. 26.) The Court does not consider this to be an "objection" within meaning of Federal Rule of Civil Procedure 72. *See* Fed. R. Civ. P. 72(b)(2) (providing that "a party may serve and file *specific written objections* to the proposed findings and recommendations" (emphasis added)).